PLACE v. STATE OF ILLINOIS ex rel. WILKINSON.

(Circuit Court of Appeals, Seventh Circuit. June 14, 1894.)

No. 167.

REMOVAL OF CAUSES—CITIZENSHIP—QUO WARRANTO—CORPORATIONS.

A quo warranto suit to test the defendant's title to office in a corporation organized under the laws of the state in which the suit is brought is not removable on the ground that the defendant and the relator are citizens of different states.

Quo warranto by the state of Illinois on the relation of Reuben Wilkinson against Orrin F. Place to determine defendant's title to the office of president of the Crowned King Mining Company, a corporation organized and existing under and by virtue of the laws of the state of Illinois. The suit was begun in the circuit court of Christian county, Ill., and was removed on petition of the defendant on the ground that defendant was a citizen of Arizona, and relator a citizen of Illinois. There was judgment of ouster. Defendant brings error.

J. C. McBride and Crawford & Blair, for plaintiff in error.

Taylor & Abrams and John G. Drennan, for defendant in error.

Before HARLAN, Circuit Justice, WOODS, Circuit Judge, and BUNN, District Judge.

No opinion. Reversed, with instructions to remand to state court.